FREDDIE BROWN v. LINS PHARMACY, INC.

January 29, 1975. Petition for certification granted.

STATE OF NEW JERSEY IN THE INTEREST OF. J. H.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY GREEN.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN H. SHEDLER.

January 29, 1975. Petition for certification denied.

HARRY A. DUCKWORTH v. TOWNSHIP OF DOVER v. BLOCK
475-22, LOT 2-6, ASSESSED TO OSCAR DUNN, ET UX.
AND OTHER LANDS.

January 29, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LUIS CHAPARRO.

January 29, 1975. Petition for certification denied.